UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.  
CLERK OF COURT  
412-208-7500

IN REPLYING, GIVE NUMBER  
OF CASE AND NAMES OF PARTIES

January 13, 2011

Clerk's Office  
District of Nevada  
333 Las Vegas Boulevard South  
Las Vegas, NV 89101

2:10cv2239-KJD

Re:   Modiri v. Enterprise Holding, Inc, et al  
      CA 10-2239

Dear Clerk:

Enclosed find a certified copy of an order from the Judicial Panel on Multidistrict Litigation transferring the above case to the Western District of Pennsylvania. Please electronically transfer the case to the Western District of Pennsylvania via CM/ECF, using the "extract civil case for export" function.

Sincerely,

*Colleen Willison*

Colleen Willison  
Chief Deputy

cc: file  
    Intake Counter

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ENTERPRISE RENT-A-CAR WAGE
&HOUR EMPLOYMENT PRACTICES
LITIGATION                                                      MDL No. 2056

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-6)

On June 10, 2009, the Panel transferred 6 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 626 F.Supp.2d 1325 (J.P.M.L. 2009). Since that time, 4 additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Joy Flowers Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Conti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Pennsylvania for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable Joy Flowers Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 13, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED FROM THE RECORD
Date 1/13/2011
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

**IN RE: ENTERPRISE RENT-A-CAR WAGE
& HOUR EMPLOYMENT PRACTICES
LITIGATION**                                                      MDL No. 2056

### SCHEDULE CTO-6 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 10-02239 | Modiri v. Enterprise Holdings, Inc. et al |